UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                                  Case No. 3:20-cr-104

vs.

BRANDON L. HARRISON,                 District Judge Michael J. Newman

    Defendant.

---

**ORDER: (1) FINDING DEFENDANT GUILTY OF VIOLATION 2 OF THE CONDITIONS OF HIS SUPERVISED RELEASE; (2) REVOKING DEFENDANT'S SUPERVISED RELEASE; AND (3) SENTENCING HIM TO AN EIGHT-MONTH TERM OF IMPRISONMENT WITH ONE YEAR OF SUPERVISED RELEASE TO FOLLOW THEREAFTER**

---

This criminal case is before the Court following Defendant's final revocation hearing on June 27, 2025. During the hearing, AUSA George R. Painter appeared on behalf of the Government; AFPD James Sanchez appeared on behalf of Defendant. Upon review of the charges, Defendant, through his counsel, admitted to violation 2 of the conditions of his supervised release. The Government dismissed charged violations 1 and 3 against Defendant. As a result, the Court found Defendant guilty of violation 2. Pursuant to the record of the hearing, the Court **REVOKES** Defendant's supervised release and **SENTENCES** him to an eight-month term of imprisonment with one year of supervised release to follow thereafter. All previously undischarged conditions of supervision apply, in addition to anger management, substance abuse treatment, and mental health counseling and treatment as directed by the Probation Department.

    **IT IS SO ORDERED.**

    July 9, 2025                                                     s/*Michael J. Newman*
                                                                        Hon. Michael J. Newman
                                                                        United States District Judge